## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE: **JUDY GENECE PAYNE**

Case Number: **18-53702-MAR**
Chapter 13
Judge **RANDON**

Debtor.
_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

## OBJECTION TO PROOF OF MICHIGAN DEPARTMENT OF TREASURY (PACER CLAIM 8)

Debtors, by and through counsel, Acclaim Legal Services, PLLC, object to the proof of claim of Michigan Department of Treasury and state as follows:

1. Debtors filed a Chapter 13 Bankruptcy on December 5, 2017.
2. Creditor, Michigan Department of Treasury, filed proof of claim #8 on March 13, 2019..
3. Creditor filed its proof of claim reflecting 2014, 2015, 2016 and 2017 Tax liabilities owed by Debtor as estimated.
4. The Debtors Taxes for 2014, 2015, 2016 and 2017 have been filed and Debtor provided copies of the Taxes to the State of Michigan.
5. The Proof of Claim for Taxes should reflect that Taxes were filed and received not estimated.
6. Creditor shall make the appropriate adjustments to the amounts owed per debtor's filed tax returns.

Wherefore, Debtors pray the Court grant the objection and require creditor to amend their proof of claim as necessary.

Dated: July 2, 2019

/s/ Brian D. Rodriguez
Brian D. Rodriguez (P57194)
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
filing@acclaimlegalservices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **JUDY GENECE PAYNE**

Case Number: **18-53702-MAR**
Chapter 13
Debtor.
Judge **RANDON**

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

**PROPOSED**
**ORDER GRANTING OBJECTION TO PROOF OF MICHIGAN DEPARTMENT OF TREASURY (PACER CLAIM 8)**

    This matter having come on for hearing before the Court by way of the objection of the Debtor to the allowance of the claim of the above referenced creditor, service having been made with a notice of hearing allowing a (33) day notice pursuant to Bankruptcy Rule 3007, a Notice of Objection having been served and a certificate of non-response having been filed with the court;
NOW THEREFORE IT IS HEREBY ORDERED THAT;

    The objection to the Proof of Claim filed by the above referenced creditor is hereby granted. To the extent that the Standing Chapter 13 Trustee has previously made disbursements to such creditor, the Trustee shall not be obligated to recoup the same.

    IT IS FURTHER ORDERED AS FOLLOWS: (Only provisions checked below apply)

[X] Creditor shall amend their claim to reflect that the tax returns have been filed.

[X] Creditor shall amend the claim pursuant to the filed tax returns of debtor.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE: **JUDY GENECE PAYNE**

Case Number: **18-53702-MAR**
Chapter 13
Judge **RANDON**

Debtor.

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

**NOTICE OF OBJECTION TO PROOF OF CLAIM OF**
**MICHIGAN DEPARTMENT OF TREASURY (PACER CLAIM 8)**

Debtors have filed an objection to the claim in this bankruptcy case.

Your claim may be reduced, modified or denied. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to deny or change your claim, then on or before **August 14, 2019**, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position at:

    United States Bankruptcy Court
    211 West Fort Street, Suite 2100
    Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleading electronically.

   You must also mail a copy to:

    William D. Johnson
    Acclaim Legal Services, PLLC
    8900 E. 13 Mile Road
    Warren, MI 48093

    Krispen S. Carroll, Chapter 13 Standing Trustee
    719 Griswold, Suite 1100
    Detroit, MI 48226

       Michigan Department of Treasury
       P.O. Box 30168
       Lansing MI 48909

2. Attend a hearing on the objection, scheduled to be held on **Wednesday August 21, 2019 at 12:00 pm** in The Honorable Judge Randon's Courtroom 1825 at 211 West Fort Street, Detroit, MI 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.

**If you or your attorney do not take these steps, the court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Dated: July 2, 2019                                                      /s/ Brian D. Rodriguez
                                                                                            Brian D. Rodriguez (P57194)
                                                                                            Acclaim Legal Services, PLLC
                                                                                            8900 E. 13 Mile Road
                                                                                            Warren, MI 48093
                                                                                            (248) 443-7033
                                                                                            filing@acclaimlegalservices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **JUDY GENECE PAYNE**

Case Number: **18-53702-MAR**
Chapter 13
Judge **RANDON**

Debtor.

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

## PROOF OF SERVICE

Leanna B. Sikes , hereby certifies that on July 2, 2019 she served a copy of the following documents electronically or by United States Postal Service:

- Objection to Proof of Claim
- Notice of Objection to Proof of Claim
- Proof of service

Upon:   Krispen S. Carroll , Chapter 13 Standing Trustee
        719 Griswold, Suite 1100
        Detroit, MI 48226

        Michigan Department of Treasury
        P.O. Box 30168
        Lansing MI 48909

Dated: July 2, 2019                    /s/ Leanna B. Sikes
                                       Leanna B. Sikes
                                       Acclaim Legal Services, PLLC
                                       8900 E. 13 Mile Road
                                       Warren, MI 48093
                                       (248) 443-7033
                                       filing@acclaimlegalservices.com